IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN URBAN,

    Plaintiff,

v.

                                                                              Civ. No. 23-0946-KG-KBM

THE BOARD OF COMMISSIONERS
FOR THE COUNTY OF BERNALILLO, *et al*,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court following Plaintiff Steven Urban's failure to cure deficiencies in his prisoner civil rights action. Plaintiff is state inmate and is proceeding *pro se*. In the opening Letter-Pleading, he alleges Defendants violated his constitutional rights and requests forms to file a lawsuit. (Doc. 1). On October 26, 2023, the Clerk's Office mailed Plaintiff a blank civil rights complaint and a blank motion to proceed *in forma pauperis*. He did not respond. By an Order entered February 6, 2024, the Court directed Plaintiff to return a completed complaint and address the civil filing fee within thirty days. (Doc. 2). Plaintiff was warned that the failure to timely comply may result in dismissal of this case without further notice.

The deadline to file a complaint and address the civil filing fee was March 8, 2024. Plaintiff did not comply, show cause for such failure, or otherwise respond to the Order. Hence, the Court will dismiss the Letter-Pleading (Doc. 1) without prejudice under Fed. R. Civ. P. 41(b) for "failure to prosecute [and] … comply with court orders." *Olsen v. Mapes,* 333 F.3d 1199, 1204 n. 3 (10th Cir. 2003).

IT IS ORDERED:

1. Plaintiff Steven Urban's Letter-Pleading Raising Constitutional Violations (Doc. 1) is dismissed without prejudice.

2. The Court will enter a separate judgment closing the civil case.

_____
UNITED STATES DISTRICT JUDGE