IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEVEN URBAN,

     Plaintiff,

v.

                                                Civ. No. 23-0946-KG-KBM

THE BOARD OF COMMISSIONERS
FOR THE COUNTY OF BERNALILLO, *et al*,

     Defendants.

<u>FINAL JUDGMENT</u>

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE